CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:02-cr-10227-RGS All Defendants
# Internal Use Only

Case title: USA v. Acevedo
Magistrate judge case number: 1:02-mj-00246 3 _ cviu

Date Filed: 07/09/2002
Date Terminated: 06/07/2007

---

Assigned to: Judge Richard G. Stearns

**Defendant**

**Yasmin Acevedo** (1)
*TERMINATED: 06/07/2007*

represented by **Leslie Feldman-Rumpler**
Law Office of Feldman-Rumpler
101 Tremont Street
Suite 708
Boston, MA 02108
617-728-9944
Fax: N/A
Email: lfeldmanr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Scott P. Lopez**
Law Office of Scott P. Lopez
8th Floor
24 School Street
Boston, MA 02108
617-742-5700
Fax: 617-742-5715
Email: lopez@lopezlaw.com
*TERMINATED: 06/05/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

I hereby certify on 7/25/07 that the foregoing document is true and correct copy of the
☑ electronic docket in the captioned case
☐ electronically filed original filed on ________
☐ original filed in my office on ________
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ________
Deputy Clerk

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:952(a) Importation of ecstacy (21:952=CI.F) (1) | 1 day to be served, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100. |
| 21:841(a)(1) Possession with intent to Distribute ecstasy (21:841B=CD.F) (2) | 1 day to he served, concurrent with Count 1, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Possession with intent to distribute 3,4-methylenedioxymethamphetamine, also known as "MDMA" and "Ecstasy", a Schedule I controlled substance [ 1:02-m -246 ] | |

---

**Notice**

**Pretrial Services**
*TERMINATED: 06/07/2007*

represented by **Pretrial Services**
US Pretrial Services
1 Courthouse Way
Boston, MA 02210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA**

represented by **William D. Weinreb**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 900
Boston, MA 02210
617-748-3222
Fax: 617-748-3358
Email: william.weinreb@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2002 | | ARREST of Yasmin Acevedo . [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 1 | COMPLAINT as to Yasmin Acevedo, filed. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 2 | AFFIDAVIT of John H. Coleman, Special Agent, by USA as to Yasmin Acevedo re: [1-1] complaint, filed. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 3 | MOTION by USA , as to Yasmin Acevedo to seal/impound , filed. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | | Mag. Judge Joyce L. Alexander. ENDORSED ORDER as to Yasmin Acevedo : granting [3-1] motion to seal/impound as to Yasmin Acevedo (1). [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | | Initial appearance as to Yasmin Acevedo held ;Preliminary Examination set for 2:00 6/14/02 for Yasmin Acevedo (Defendant informed of rights.) [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 4 | Mag. Judge Joyce L. Alexander. CLERK'S NOTES as to Yasmin Acevedo re: Arrest/Initial Appearance. The defendant fills out a financial affidavit. The government states the maximum penalty. The Court releases the defendant with conditions and continues the matter. Prior to the hearing the defendant filed a waiver of initial appearance. After consultation with the government and pre-trial service and after inquiring of the defendant, the court proceeded with the initial appearance. Court requests counsel; court orders counsel be appointed. Court Reporter: Tape No. 2002-26. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 6 | Mag. Judge Joyce L. Alexander . ORDER entered setting Conditions of Release for Yasmin Acevedo: The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed. The defendant executes an unsecured bond in the amount of $25,000.00. The defendant shall abide by the following restrictions: travel restricted to R.I. and MA for court purposes only; maintain residence and not to move without prior permission of the court; report to Pretrial Services Office in Rhode Island as directed; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from excessive use of alcohol; refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. Sec. 802 unless prescribed by a licensed medical practitioner; surrender any passport; obtain no passport and not to violate any local, state or federal laws. Notify pre-trial services within 24 hours of any new arrest. Submit |

| | | |
|---|---|---|
| | | to random drug testing at the direction of pre-trial services. The defendant is ORDERED released after processing. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | | $25,000.00 unsecured Appearance BOND entered as to Yasmin Acevedo. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/06/2002 | 7 | NOTICE of waiver of rights under Rule 5(a) of the Federal Rules of Criminal Procedure by Yasmin Acevedo, filed. [ 1:02-m -246 ] (sat) (Entered: 06/12/2002) |
| 06/11/2002 | 5 | CJA 23 FINANCIAL AFFIDAVIT by Yasmin Acevedo, as to Yasmin Acevedo, filed. [ 1:02-m -246 ] (sat) (Entered: 06/11/2002) |
| 06/14/2002 | | Preliminary Examination as to Yasmin Acevedo held. [ 1:02-m -246 ] (sat) (Entered: 06/18/2002) |
| 06/14/2002 | | First appearance through counsel as to Yasmin Acevedo. [ 1:02-m -246 ] (sat) (Entered: 06/18/2002) |
| 06/14/2002 | 8 | Mag. Judge Joyce L. Alexander. CLERK'S NOTES as to Yasmin Acevedo re: case called for preliminary examination. The defendse makes an oral motion to continue the matter of the preliminary examination. set Preliminary Examination for 10:45 6/19/02 for Yasmin Acevedo . All conditions of the defendant's bail remain. Court Reporter: Tape No. 2002-31. [ 1:02-m -246 ] (sat) (Entered: 06/18/2002) |
| 06/17/2002 | 9 | Mag. Judge Joyce L. Alexander. CJA appointment for Yasmin Acevedo, Attorney Leslie Feldman-Rumpler appointed. (nunc pro tunc 6/12/02) [ 1:02-m -246 ] (sat) (Entered: 06/18/2002) |
| 06/18/2002 | 10 | MOTION by Yasmin Acevedo to waive probable cause hearing , filed. Referred to Mag. Judge Joyce L. Alexander [ 1:02-m -246 ] (jdj) (Entered: 06/20/2002) |
| 06/19/2002 | | Mag. Judge Joyce L. Alexander . ENDORSED ORDER as to Yasmin Acevedo : granting [10-1] motion to waive probable cause hearing as to Yasmin Acevedo (1). [ 1:02-m -246 ] (jdj) (Entered: 06/20/2002) |
| 07/02/2002 | 11 | Felony Information received for filing . Yasmin Acevedo (1) count(s) 1, 2 (cmg) (Entered: 07/09/2002) |
| 07/17/2002 | 12 | NOTICE issued of Hearing/Conference as to Yasmin Acevedo, set Arraignment for 3:45 8/20/02 for Yasmin Acevedo (eaf) (Entered: 07/19/2002) |
| 08/19/2002 | 13 | MOTION by USA , as to Yasmin Acevedo to seal/impound attached motion to continue , filed. (eaf) (Entered: 08/19/2002) |
| 08/19/2002 | 14 | MOTION by USA , as to Yasmin Acevedo to continue rule 11 hearing and to exclude time , FILED UNDER SEAL (eaf) (Entered: 08/19/2002) |
| 08/26/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to Yasmin Acevedo : granting [14-1] motion to continue rule 11 hearing and to exclude time as |

| | | |
|---|---|---|
| | | to Yasmin Acevedo (1), granting [13-1] motion to seal/impound attached motion to continue as to Yasmin Acevedo (1), reset Change of Plea Hearing for 4:00 9/23/02 for Yasmin Acevedo . (eaf) (Entered: 08/29/2002) |
| 09/23/2002 | 15 | MOTION by USA , as to Yasmin Acevedo to continue cope , filed. (eaf) (Entered: 09/26/2002) |
| 09/23/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to Yasmin Acevedo : granting [15-1] motion to continue cope as to Yasmin Acevedo (1), reset Change of Plea Hearing for 2:30 11/12/02 for Yasmin Acevedo . (eaf) (Entered: 09/26/2002) |
| 11/08/2002 | 16 | MOTION by USA , as to Yasmin Acevedo to seal/impound attached motion , filed. (eaf) (Entered: 11/08/2002) |
| 11/08/2002 | 17 | MOTION by USA , as to Yasmin Acevedo to continue change of plea and to exclude time , FILED UNDER SEAL (eaf) (Entered: 11/08/2002) |
| 11/15/2002 | | Judge Richard G. Stearns . ENDORSED ORDER as to Yasmin Acevedo : granting [17-1] motion to continue change of plea and to exclude time as to Yasmin Acevedo (1), granting [16-1] motion to seal/impound attached motion as to Yasmin Acevedo (1). "The hearing is rescheduled to 12/19/02 at 11:00 a.m." cc: all counsel of record. (eaf) (Entered: 11/21/2002) |
| 11/21/2002 | | Deadline updated as to Yasmin Acevedo ;, reset Change of Plea Hearing for 11:00 12/19/02 for Yasmin Acevedo . (eaf) (Entered: 11/21/2002) |
| 12/19/2002 | 18 | NOTICE issued of Hearing/Conference as to Yasmin Acevedo, reset Arraignment for 3:00 1/13/03 for Yasmin Acevedo (eaf) (Entered: 01/06/2003) |
| 01/13/2003 | 19 | WAIVER OF INDICTMENT by Yasmin Acevedo , filed. (eaf) (Entered: 01/17/2003) |
| 01/13/2003 | | INFORMATION filed as to Yasmin Acevedo (Preliminary Examination cancelled.) (eaf) (Entered: 01/17/2003) |
| 01/13/2003 | | PLEA entered by Yasmin Acevedo . Court accepts plea. Guilty: Yasmin Acevedo (1) count(s) 1, 2 (eaf) (Entered: 01/17/2003) |
| 01/13/2003 | 20 | Judge Richard G. Stearns . CLERK'S NOTES as to Yasmin Acevedo , re: ;, reset Sentencing for 3:15 4/9/03 for Yasmin Acevedo Deft remains free on bail (eaf) (Entered: 01/17/2003) |
| 01/13/2003 | 21 | Plea Agreement as to Yasmin Acevedo , filed. (eaf) (Entered: 01/17/2003) |
| 01/13/2003 | 22 | Judge Richard G. Stearns. Procedural ORDER entered as to Yasmin Acevedo : re: sentencing hearing. (eaf) (Entered: 01/17/2003) |
| 04/04/2003 | 23 | Joint MOTION by Yasmin Acevedo, USA to continue disposition , filed. (eaf) (Entered: 04/04/2003) |

| | | |
|---|---|---|
| 04/04/2003 | | Judge Richard G. Stearns . ENDORSED ORDER as to Yasmin Acevedo : granting [23-1] motion to continue disposition as to Yasmin Acevedo (1), reset Sentencing for 2:30 7/22/03 for Yasmin Acevedo cc: all counsel of record.. (eaf) (Entered: 04/10/2003) |
| 06/06/2003 | 24 | Ex parte MOTION for Funds for expertas to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 06/10/2003) |
| 06/06/2003 | 25 | MOTION to Modify Conditions of Release as to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 06/12/2003) |
| 06/16/2003 | | Judge Richard G. Stearns : Electronic ORDER entered granting 25 Motion to Modify Conditions of Release as to Yasmin Acevedo (1)."Pre-Trial Services Officer September Brown having no objection,the within motion is ALLOWED. Copies sent to counsel and PTS. (Johnson, Mary) (Entered: 06/16/2003) |
| 06/27/2003 | | Judge Richard G. Stearns : Electronic ORDER entered granting 24 Motion for Investigative Funds as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 06/27/2003) |
| 07/02/2003 | 26 | MOTION to Continue to continue disposition as to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 07/07/2003) |
| 07/10/2003 | | Judge Richard G. Stearns : Electronic ORDER entered granting 26 Motion to Continue as to Yasmin Acevedo (1).Sentencing is re-scheduled to : AUGUST 13, 2003 AT 10:00 A.M.Copies sent to counsel and USPO. (Johnson, Mary) (Entered: 07/10/2003) |
| 08/08/2003 | 27 | MOTION to Seal as to Yasmin Acevedo, filed.. (Johnson, Mary) (Entered: 08/11/2003) |
| 08/08/2003 | 29 | Memorandum regarding Sentencing as to Yasmin Acevedo, filed. (Johnson, Mary) (Entered: 08/11/2003) |
| 08/08/2003 | 30 | MOTION for Downward Departure as to Yasmin Acevedo, filed.. (Johnson, Mary) (Entered: 08/11/2003) |
| 08/11/2003 | | Remark as to Yasmin Acevedo : Due to a clerical error by Clerk (M. Johnson), #28 was deleted from docket and given new number (#30) as wrong date was entered. Therefore there is no pleading number 28 as it was re-docketed and entered as #30. M. Johnson, Deputy Clerk (Johnson, Mary) Modified on 8/11/2003 (Johnson, Mary). (Entered: 08/11/2003) |
| 08/12/2003 | 31 | MOTION to Seal as to Yasmin Acevedo by USA, Yasmin Acevedo, filed.(Johnson, Mary) (Entered: 08/12/2003) |
| 08/12/2003 | 32 | RESPONSE to Motion by USA as to Yasmin Acevedo re [30] MOTION for Downward Departure, filed UNDER SEAL. (Johnson, Mary) (Entered: 08/12/2003) |
| 08/12/2003 | 33 | MOTION for Downward Departure as to Yasmin Acevedo, filed by USA under SEAL. (Johnson, Mary) (Entered: 08/12/2003) |

| | | |
|---|---|---|
| 08/13/2003 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns :Hearing as to Yasmin Acevedo held on 8/13/2003. Counsel, deft., Probation Dept., and Spanish interpreter Gabriel Hadad appear for sentencing. Court holds conference with counsel. The sentencing hearing is continued generally until further Order of the Court. (Court Reporter Debra Joyce.) (Johnson, Mary) Modified on 8/13/2003 (Johnson, Mary). (Entered: 08/13/2003) |
| 12/17/2003 | 34 | MOTION to Modify Conditions of Release as to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 12/18/2003) |
| 12/19/2003 | | Judge Richard G. Stearns : Electronic ORDER entered granting 34 Motion to Modify Conditions of Release as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 12/19/2003) |
| 01/13/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting [27] Motion to Seal as to Yasmin Acevedo (1); granting [31] Motion to Seal as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 01/13/2004) |
| 06/29/2004 | 35 | MOTION to Travel (Assented to), as to Yasmin Acevedo, filed.. (Johnson, Mary) (Entered: 06/30/2004) |
| 06/29/2004 | 36 | MOTION to Seal (Motion for Leave to Travel)as to Yasmin Acevedo, filed.. (Johnson, Mary) (Entered: 06/30/2004) |
| 06/29/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting [35] Motion to Travel as to Yasmin Acevedo (1); granting [36] Motion to Seal as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 06/30/2004) |
| 10/28/2004 | 37 | Assented to MOTION to Travel as to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 10/29/2004) |
| 11/01/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 37 Motion to Travel as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 11/01/2004) |
| 12/27/2004 | 38 | MOTION to Modify Conditions of Release to travel from 12/30/04 through 1/2/05as to Yasmin Acevedo . (Flaherty, Elaine) (Entered: 12/28/2004) |
| 12/29/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 38 Motion to Modify Conditions of Release as to Yasmin Acevedo (1):"Allowed, after consultation with Vangie Cuiscut, U. S. Pretrial ServicesOfficer Supervisor." (Johnson, Mary) (Entered: 12/29/2004) |
| 02/15/2005 | | Docket Annotation as to Yasmin Acevedo: "Counsel for the Govt. (AUSA Weinreb) and counsel for the deft. (Atty. Feldman-Rumpler) are hereby ORDERED to file a written Status Report with this Court on or before MARCH 1, 2005. SO ORDERED". (By the Court, Mary H. Johnson, Deputy Clerk ). (Johnson, Mary). (Entered: 02/15/2005) |
| 02/22/2005 | 39 | MOTION to Modify Conditions of Release as to Yasmin Acevedo. (Flaherty, Elaine) (Entered: 02/22/2005) |

| | | |
|---|---|---|
| 02/24/2005 | 40 | Judge Richard G. Stearns : ORDER entered as to Yasmin Acevedo. (Johnson, Mary) (Entered: 03/07/2005) |
| 02/24/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 39 Motion to Modify Conditions of Release as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 03/07/2005) |
| 03/01/2005 | 41 | MOTION to Seal as to Yasmin Acevedoby Yasmin Acevedo, USA. (Catino, Theresa) (Entered: 03/09/2005) |
| 03/14/2005 | | Judge Richard G. Stearns : EndorsedORDER entered granting [41] Motion to Seal as to Yasmin Acevedo (1), cc/cl (Catino, Theresa) (Entered: 03/18/2005) |
| 04/20/2005 | 43 | MOTION for Interim Compensation as to Yasmin Acevedo (filed ex parte).. (Johnson, Mary) (Entered: 04/20/2005) |
| 04/21/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting [43] Motion for Interim Compensation as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 04/28/2005) |
| 02/24/2006 | 44 | Judge Richard G. Stearns : ORDER entered. as to Yasmin Acevedo. "The Government shall file a written Status Report by 3-10-06". (Johnson, Mary) Modified on 2/24/2006 (Johnson, Mary). (Entered: 02/24/2006) |
| 03/10/2006 | 45 | MOTION to Seal as to Yasmin Acevedo, filedby USA. (Johnson, Mary) (Entered: 03/10/2006) |
| 03/10/2006 | 47 | STATUS REPORT filed by USA as to Yasmin Acevedo, UNDER SEAL. (Johnson, Mary) (Entered: 03/10/2006) |
| 03/10/2006 | | *SEALED* Judge Richard G. Stearns : Electronic ORDER entered granting [45] Sealed Motion as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 03/10/2006) |
| 03/10/2006 | | Notice of correction to docket made by Court staff. Correction: #46 - Status Report corrected because: incorrectly docketed. It has been re-docketed and given #47 as to Yasmin Acevedo. (Johnson, Mary) (Entered: 03/10/2006) |
| 08/17/2006 | | Judge Richard G. Stearns : Electronic ORDER entered reserving ruling on [30] Motion for Departure as to Yasmin Acevedo (1); reserving ruling on [33] Motion for Departure as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 08/17/2006) |
| 09/19/2006 | 48 | First MOTION to Appoint Counsel *Motion for Appointment of Interim Counsel* as to Yasmin Acevedo. (Feldman-Rumpler, Leslie) (Entered: 09/19/2006) |
| 09/26/2006 | | Judge Richard G. Stearns : Electronic ORDER entered granting 48 Motion to Appoint Counsel Scott P. Lopez for Yasmin Acevedo appointed as to Yasmin Acevedo (1) as interim counsel. (Johnson, Mary) (Entered: 09/28/2006) |

| | | |
|---|---|---|
| 05/10/2007 | 49 | NOTICE of Withdrawal of Appearance of Attorney Scott P. Lopez as to Yasmin Acevedo (Feldman-Rumpler, Leslie) (Entered: 05/10/2007) |
| 05/10/2007 | 50 | Government's MOTION for sentencing Hearing as to Yasmin Acevedo, FILED UNDER SEAL(Flaherty, Elaine) Modified on 5/10/2007 (Flaherty, Elaine). (Entered: 05/10/2007) |
| 05/10/2007 | 51 | MOTION to Seal attached Document as to Yasmin Acevedoby USA, FILED UNDER SEAL. (Flaherty, Elaine) (Entered: 05/10/2007) |
| 05/15/2007 | | Judge Richard G. Stearns : Electronic ORDER entered granting 50 Motion for Hearing as to Yasmin Acevedo (1); granting 51 Motion to Seal Document as to Yasmin Acevedo (1). "Sentencing is scheduled for FRIDAY, JUNE 1, 2007 AT 2:30 P.M. before Stearns, DJ." M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 5/15/2007 (Johnson, Mary). (Entered: 05/15/2007) |
| 05/29/2007 | 52 | MOTION to Seal filed as to Yasmin Acevedo.. (Johnson, Mary) Additional attachment(s) added on 5/30/2007 (Johnson, Mary). (Entered: 05/30/2007) |
| 05/29/2007 | 53 | Supplemental Memorandum regarding sentencing as to Yasmin Acevedo,filed under seal. (Johnson, Mary) (Entered: 05/30/2007) |
| 05/30/2007 | | Judge Richard G. Stearns : Electronic ORDER entered granting 52 Motion to Seal as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 05/30/2007) |
| 05/31/2007 | 54 | MOTION to Seal this Document and attached motionas to Yasmin Acevedoby USA, FILED UNDER SEAL. (Flaherty, Elaine) (Entered: 05/31/2007) |
| 05/31/2007 | 55 | MOTION miscellaneous relief as to Yasmin Acevedoby USA, FILED UNDER SEAL. (Flaherty, Elaine) (Entered: 05/31/2007) |
| 06/01/2007 | | Judge Richard G. Stearns : Electronic ORDER entered granting 54 Motion to Seal Document as to Yasmin Acevedo (1). (Johnson, Mary) (Entered: 06/01/2007) |
| 06/01/2007 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 6/1/2007 for Yasmin Acevedo (1). AUSA Weinreb present for the Govt. Atty. Feldman-Rumpler present with the deft. Jesse Gomes, USPO, present for the Probation Dept. Court hears argument on the 5k1.1 motion, and said motion is allowed. Court adopts PSR. Count(s) 1, 1 day to be served, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100; Count(s) 2, 1 day to be served, concurrent with Count 1, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100. (Court Reporter James Gibbons.)(Johnson, Mary) Modified on 6/4/2007 (Johnson, Mary). (Entered: 06/04/2007) |

| | | |
|---|---|---|
| 06/05/2007 | | Attorney update in case as to Yasmin Acevedo. Attorney Scott P. Lopez terminated. (Flaherty, Elaine) (Entered: 06/05/2007) |
| 06/07/2007 | 56 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Yasmin Acevedo (1), Count(s) 1, 1 day to be served, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100.; Count(s) 2, 1 day to be served, concurrent with Count 1, time deemed having already been served. Supervised Release for 3 years with Special Conditions. Special Assessment of $100. (Johnson, Mary) (Entered: 06/07/2007) |
| 06/07/2007 | | Case Terminated as to Yasmin Acevedo. (Johnson, Mary) (Entered: 06/07/2007) |
| 07/13/2007 | 57 | Probation Jurisdiction Transferred to District of Rhode Island as to Yasmin Acevedo per acceptance by USDJ Mary M. Lisi, Chief Judge, District of Rhode Island. Transmitted Transfer of Jurisdiction form, with certified copies of Felony Information, Judgment and Commitment Order and docket sheet. (Johnson, Mary) Modified on 7/25/2007 (Johnson, Mary). (Entered: 07/25/2007) |
| 07/25/2007 | 58 | Letter (non-motion) with certified copies of pleadings pursuant to transfer of jurisdiction to District of Rhode Island as to Yasmin Acevedo , sent to David DiMarzio, Clerk, USDC, District of Rhode Island. (Johnson, Mary) . Modified on 7/25/2007 (Johnson, Mary). (Entered: 07/25/2007) |