UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE 2002 JUL -2 P 2:58
U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )CRIMINAL NO: 02 CR 10227 RGS |
| | ) |
| v. | )VIOLATIONS: |
| | ) |
| YASMIN ACEVEDO | )21 U.S.C. § 952(a) - Importation )Of 3,4 Methylenedioxy- )methamphetamine (MDMA) |
| | ) |
| | )21 U.S.C. § 841(a)(1) - Possession )With Intent to Distribute )3,4 Methylenedioxy- )methamphetamine (MDMA) |

INFORMATION

COUNT ONE: (21 United States Code, Section 952(a) - Illegal Importation of 3,4 methylenedioxymethamphetamine/MDMA)

The United States Attorney charges that:

On or about June 5, 2002, at Boston in the District of Massachusetts, and elsewhere,

YASMIN ACEVEDO

defendant herein, did knowingly, intentionally and unlawfully import into the United States from a place outside thereof, namely, Madrid, Spain, and Paris, France, a quantity of 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 952(a).

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

I hereby certify on 7/25/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 7/2/02
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

**COUNT TWO: (21 United States Code, Section 841(a)(1) - Possession with Intent to Distribute 3,4 Methylenedioxymethamphetamine/(MDMA))**

The United States Attorney further charges that:

On or about June 5, 2002, at Boston in the District of Massachusetts, and elsewhere,

**YASMIN ACEVEDO,**

defendant herein, knowingly and intentionally possessed with intent to distribute a quantity of 3,4, methylenedioxy-methamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
WILLIAM D. WEINREB
Assistant U.S. Attorney